1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN W. ENOS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, Ca 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11 UNITED STATES OF AMERICA,                     Case No. 1:11-cr-00076 LJO

12                     Plaintiff,                **THE UNITED STATES' REQUEST FOR
                                                 DISMISSAL WITHOUT PREJUDICE; ORDER**
13            v.

14 ALAN CHRISTOPHER STAMPS,

15                     Defendants.

16

17        Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney's

18 Office hereby moves to dismiss the indictment against ALAN CHRISTOPHER STAMPS, without

19 prejudice and in the interest of justice.

20
                                                  Respectfully submitted,
21

22 Dated: April 22, 2014                          BENJAMIN B. WAGNER
                                                  United States Attorney
23

24                                                By: /s/ BRIAN W. ENOS
                                                      BRIAN W. ENOS
25                                                    Assistant United States Attorney

26 ///

27 ///

28 ///

   UNITED STATES' REQUEST FOR DISMISSAL        1
   WITHOUT PREJUDICE; [PROPOSED] ORDER

**ORDER**

IT IS HEREBY ORDERED that the criminal indictment against ALAN CHRISTOPHER STAMPS be dismissed, without prejudice and in the interest of justice.

IT IS SO ORDERED.

Dated:   **April 23, 2014**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE